IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONARD X. MOORE,<br><br>     Plaintiff,<br><br>v.<br><br>CONNER BLAINE, JR.,<br>Superintendent; PAUL STOWITZY,<br>Deputy; MICHAEL J. MAHLMIESTER;<br>LIEUTENANT JOHN WERNER, c/o III;<br>LIEUTENANT WILLIAM YOUNS, C/O<br>III; JEFFERY WRIGHT, C/O I; SGT.<br>ALVIN DORSEY, C/O II; EDWARD<br>SNIDER, C/O I; CORRECTIONAL<br>OFFICER JOHN DOE; CORRECTIONAL<br>OFFICER JOHN DOE; CORRECTIONAL<br>OFFICER JOHN DOE; CORRECTIONAL<br>OFFICER JOHN DOE; CORRECTIONAL<br>OFFICER JOHN DOE; R.N. CLYDE<br>HAUGHT; CORRECTIONAL OFFICER<br>JOHN DOE; CORRECTIONAL OFFICER<br>JOHN DOE; CAPTAIN DENNIS LANTZ,<br>C/O IV,<br><br>     Defendants. | Civil Action No. 01 - 1306<br><br>Judge William L. Standish<br>Magistrate Judge Lisa Pupo Lenihan |

## **MEMORANDUM ORDER**

Plaintiff's complaint was received by the Clerk of Court on July 13, 2001, and was referred to United States Magistrate Judge Ila Jeanne Sensenich for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The case was returned to District Judge William Standish for trial. Defendants filed a successive motion for summary judgment on October 5, 2004. The case was then referred to Magistrate Judge Lisa Pupo Lenihan on October 6, 2004.

The magistrate judge's Report and Recommendation (Doc. No. 98), filed on July 15, 2005, recommended that the complaint in the above captioned case be dismissed for failure to prosecute this action. The parties were allowed ten (10) days from the date of service to file written objections to the report and recommendation. No objections have been filed. After review of the pleadings and the documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 14th day of Sept., 2005;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is **DISMISSED** for failure to prosecute.

**IT IS FURTHER ORDERED** that the Report and Recommendation of Magistrate Judge Lenihan, dated July 15, 2005, is adopted as the opinion of the court.

_William L. Standish_
WILLIAM L. STANDISH
United States District Judge

cc: LISA PUPO LENIHAN
U.S. Magistrate Judge

LEONARD X. MOORE
BD-1500
SCI Fayette
Box 9999
LaBelle, PA 15450-0999

2

Craig E. Maravich
Office of the Attorney General
564 Forbes Avenue
6th Floor, Manor Complex
Pittsburgh, PA 15219

Susan J. Forney
Office of Attorney General
Fifth Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219